# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

JOAN RICHARDSON,

                    Plaintiff(s),

v.

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant(s).

_____/

CASE NUMBER: 06-14947

HONORABLE SEAN F. COX

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF THE MAGISTRATE JUDGE

On March 30, 2007, Magistrate Judge Donald A. Scheer submitted a Report and Recommendation **[Doc. 12]** recommending that the Court Deny the parties' respective Motions for Summary Judgment and recommending that the court remand the case to the Commissioner for further proceeding. Because the Court has not received objections from either party within the time frame provided for in 28 U.S.C. § 636(b)(1) and E.D. Mich. LR 72.1(d)(3), the Court will adopt the Magistrate Judge's Report and Recommendation. The Court, therefore, DENIES the parties' Motions for Summary Judgment and REMANDS this case to Commissioner for further proceedings.

**IT IS SO ORDERED.**

                    S/Sean F. Cox_____
                    Sean F. Cox
                    United States District Judge

Dated: May 8, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 8, 2007, by electronic and/or ordinary mail.

                    S/Jennifer Hernandez_____
                    Case Manager